# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Ho, an individual,<br><br>PLAINTIFF/PETITIONER,<br>v.<br>CJS CAPITAL LLC, a California limited liability company;<br>PETRILLO'S RESTAURANT INC, a California Corporation,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:16-cv-53<br><br>**REQUEST TO PROCEED<br>IN FORMA PAUPERIS WITH<br>DECLARATION IN SUPPORT** |

I, __John Ho_____, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed?  ☐Yes   ☑No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

    _____

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _I have not been employed in over 9 years._

2. Have you received, *within the past twelve months*, any money from any of the following sources?

    a. Business, profession or form of self-employment?         ☐Yes   ☑No
    b. Rent payments, interest or dividends?                    ☐Yes   ☑No
    c. Pensions, annuities or life insurance payments?          ☐Yes   ☑No
    d. Gifts or inheritances?                                   ☐Yes   ☑No
    e. Any other income (other than listed above)?              ☑Yes   ☐No
    f. Loans?                                                   ☐Yes   ☑No

    If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _Social Security Income; approximately $900/month._

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☑Yes  ☐No

   If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.
   Savings account; $2,000.00.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐Yes  ☑No

   If the answer is yes, describe the property and state its approximate value: _____

5. In what year did you last file an Income Tax return? I have not filed a tax return in over 8 years.

   Approximately how much income did your last tax return reflect? _____

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:
   Not applicable

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

| California | Orange |
|---|---|
| State | County (or City) |

I, John Ho, declare under penalty of perjury that the foregoing is true and correct.

1/14/16

Date

DocuSigned by: *[signature]*
B664D2651B9446D...

Plaintiff/Petitioner (Signature)